IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**AFFORDABLE CARE, LLC**　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**

v.　　　　　　　　　　　　　　　　　　　　Civil No. 1:19cv827-HSO-RPM

**JNM OFFICE PROPERTY, LLC**　　　　　　　　　　　　　　　　　　**DEFENDANT**

## FINAL JUDGMENT

The claims of Plaintiff Affordable Care, LLC against Defendant JNM Office Property, LLC came on for trial before the Court and a jury on the 7th day of February, 2022, and concluded on the 8th day of February, 2022, Honorable Halil Suleyman Ozerden, United States District Judge, presiding. The issues having been duly tried and having heard all of the evidence and arguments of counsel and receiving instructions of the Court, including a Special Verdict Forms, the jury retired to consider the verdict.

The jury returned upon their oaths, into open Court, a unanimous verdict, finding in favor of Plaintiff on its breach of contract/wrongful eviction claim brought against Defendant. The jury awarded Plaintiff $80,791.00 in compensatory damages and $120,000.00 in punitive damages.

**IT IS, THEREFORE, ORDERED AND ADJUDGED**, that Plaintiff Affordable Care, LLC is awarded a judgment against Defendant JNM Office Property, LLC in the amount of $80,791.00 in compensatory damages and

2

$120,000.00 in punitive damages, for a total judgment of $200,791.00, plus post-judgment interest at the current prescribed federal rate pursuant to 28 U.S.C. § 1961, from the date of entry of this Final Judgment until paid in full.

**SO ORDERED AND ADJUDGED**, this the 9th day of February, 2022.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE