IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**AFFORDABLE CARE, LLC**                                                        **PLAINTIFF**

v.                                                              Civil No. 1:19cv827-HSO-RPM

**JNM OFFICE PROPERTY, LLC**                                              **DEFENDANT**

## AMENDED FINAL JUDGMENT

The claims of Plaintiff Affordable Care, LLC against Defendant JNM Office Property, LLC came on for trial before the Court and a jury on the 7th day of February, 2022, and concluded on the 8th day of February, 2022, Honorable Halil Suleyman Ozerden, United States District Judge, presiding. The issues having been duly tried and having heard all of the evidence and arguments of counsel and receiving instructions of the Court, including a Special Verdict Form, the jury retired to consider the verdict.

The jury returned upon their oaths, into open Court, a unanimous verdict, finding in favor of Plaintiff on its breach of contract/wrongful eviction claim brought against Defendant. The jury awarded Plaintiff $80,791.00 in compensatory damages and $120,000.00 in punitive damages. In accordance with the Court's Order [273] entered this date, Defendant JNM Office Property's punitive damages award is reduced to $27,518.60.

After consideration of the parties' Motions [231][234] for Attorney Fees and Costs, the Court found that Plaintiff Affordable Care, LLC is entitled to attorneys' fees, costs, and expenses. In accordance with the Court's Order [274] entered this date, Plaintiff is entitled to $354,649.70 in attorneys' fees, costs, and expenses.

**IT IS, THEREFORE, ORDERED AND ADJUDGED**, that Plaintiff Affordable Care, LLC is awarded a judgment against Defendant JNM Office Property, LLC in the amount of $80,791.00 in compensatory damages and $27,518.60 in punitive damages, for a total of $108,309.60, plus an award of attorneys' fees, costs, and expenses in the amount of $354,649.70, for a total judgment of $462,959.30, plus post-judgment interest at the current prescribed federal rate pursuant to 28 U.S.C. § 1961.

**SO ORDERED AND ADJUDGED**, this the 10th day of August, 2022.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE